## KENNETH DORAU *v.* LAWRENCE DELPONTE, COMMISSIONER OF MOTOR VEHICLES (11308)

LAVERY, HEIMAN and SCHALLER, Js.

Argued February 8—decision released May 18, 1993

*Gerald E. Farrell,* for the appellant (plaintiff).

*Priscilla J. Green,* assistant attorney general, with whom, on the brief, was *Richard Blumenthal,* attorney general, for the appellee (defendant).

HEIMAN, J. Our resolution of the same issue in *Yanni v. DelPonte,* 31 Conn. App. 350, 624 A.2d 1175 (1993), governs the disposition of this case.

The judgment is affirmed.

In this opinion SCHALLER, J., concurred.

LAVERY, J., concurring. I concur in the judgment. The due process concerns I expressed in my concurring opinion in *Yanni* v. *DelPonte,* 31 Conn. App. 350, 624 A.2d 1175 (1993), apply equally in this case.